**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. 6-25-cv-00011-GAP-DCI

JONATHAN DRUMMOND,

    Plaintiff,

v.

SSSK RESTAURANT GROUP, LLC,

    Defendants.

_____/

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff, JONATHAN DRUMMOND, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once certain conditions have been fulfilled pursuant to the Agreement, the parties will file the applicable dismissal document with the Court.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

DATED this 19th day of February, 2025.

Respectfully submitted,

ALEKSANDRA KRAVETS, ESQ. P.A.
*Attorney for Plaintiff*
1100 Buchanan Street
Hollywood, FL 33019
Tel.: 347.268.9533
Email: ak@akesqpa.com

By:     */s/ Aleksandra Kravets*
        Aleksandra Kravets
        Florida Bar No.: 120562

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Aleksandra Kravets*
Aleksandra Kravets

ALEKSANDRA KRAVETS, ESQ. P.A.
*Attorney for Plaintiff*
1100 Buchanan Street
Hollywood, FL 33019
Tel.: 347.268.9533
Email: ak@akesqpa.com